# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Tony Lawrence Gust | Docket No. | 2:11CR00011-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, pretrial services officer, presenting an official report upon the conduct of defendant Tony Lawrence Gust who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 12th day of January 2011, under the following conditions:

**Special Condition #21:** Refrain from the use of unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Special Condition #28:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) times per month.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Tony Gust is considered in violation of his conditions of pretrial release by using marijuana (THC), as evidenced by positive urinalysis samples for THC on January 25 and February 9, 2011.

**Violation #2:** Tony Gust is considered in violation of his conditions of pretrial release by failing to appear for urinalysis testing as directed on January 21 and 24, and February 7, 2011.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| | Executed on: 02/14/2011 |
| by | s/Shawn Kennicutt |
| | Shawn Kennicutt<br>U.S. Probation Officer |

PS-8
Re:  Gust, Tony Lawrence
February 14, 2011
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[XX]  The Issuance of a Summons
[ ]   Other

S/ CYNTHIA IMBROGNO
Signature of Judicial Officer
February 15, 2011
Date