PROB 12C
(7/93)

Report Date: September 26, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 27 2011

JAMES R LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tony Lawrence Gust          Case Number: 2:11CR00011-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 06/10/2011

Original Offense:      Mail Theft, 18 U.S.C. § 1708

Original Sentence:     Probation - 36 Months              Type of Supervision: Probation

Asst. U.S. Attorney:   Pamela J. Byerly                   Date Supervision Commenced: 06/10/2011

Defense Attorney:      Roger Peven                         Date Supervision Expires: 06/09/2014

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

<u>Violation Number</u>      <u>Nature of Noncompliance</u>

1    **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

     **Supporting Evidence**: Per the recommendation of Pioneer Counseling, Mr. Gust entered into inpatient drug treatment at Pioneer Center East on September 9, 2011, and was scheduled to complete inpatient treatment on October 8, 2011. He absconded from the inpatient treatment facility on September 24, 2011. Mr. Gust has failed to complete the recommended level of treatment, and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegation contained in this petition.

Case 2:11-cr-00011-RMP   Document 110   Filed 09/27/11

Prob12C
Re: Gust, Tony Lawrence
September 26, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/26/2011

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*[signature]*
Signature of Judicial Officer

9/27/11
Date