PROB 12C
(7/93)

Report Date: ~~FILED IN THE~~
~~U.S. DISTRICT COURT~~

# United States District Court

for the

## Eastern District of Washington

EASTERN DISTRICT OF WASHINGTON

JUL 20 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tony Lawrence Gust          Case Number: 2:11CR00011-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 6/10/2011

Original Offense:          Mail Theft, 18 U.S.C. § 1708

Original Sentence:          Probation - 36 Months          Type of Supervision: Supervised Release

Revocation Sentence:       Prison: 6 Months
                           TSR: 30 Months

Asst. U.S. Attorney:       Pamela J. Byerly          Date Supervision Commenced: 4/5/2012

Defense Attorney:          Roger Peven          Date Supervision Expires: 10/4/2014

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: On July 5 and 12, 2012, Tony Gust submitted urine specimens which yielded initial positive findings for marijuana. Confirmation from the laboratory has yet to be received at the time of this writing.

| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

**Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On July 19, 2012, Tony Gust failed to report to the Eastern District of Washington Sobriety Treatment Education Program (STEP) court session as directed.

Prob12C
Re:  Gust, Tony Lawrence
July 20, 2012
Page 2

3          <u>Special Condition # 16</u>: You shall undergo a substance abuse evaluation and, if indicated
           by a licensed/certified treatment provider, enter into and successfully complete an approved
           substance abuse treatment program, which could include inpatient treatment and aftercare.
           You shall contribute to the cost of treatment according to your ability to pay.  You shall
           allow full reciprocal disclosure between the supervising officer and treatment provider.

           <u>Supporting Evidence</u>: Tony Gust failed to attend substance abuse counseling at Pioneer
           Human Services on July 18, 2012.

4          <u>Special Condition # 17</u>: You shall abstain from the use of illegal controlled substances, and
           shall submit to urinalysis testing, as directed by the supervising officer, but no more than six
           tests per month, in order to confirm continued abstinence from these substances.

           <u>Supporting Evidence</u>: Tony Gust failed to report for urinalysis testing as scheduled on July
           18, 2012.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to
answer the allegations contained in this petition.


                          I declare under penalty of perjury that the foregoing is true and correct.

                          Executed on:    7/20/2012
                                          _____

                                          s/Richard Law
                                          _____

                                          Richard Law
                                          U.S. Probation Officer


THE COURT ORDERS

[  ]    No Action
[X]     The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

                                          _____
                                          Signature of Judicial Officer

                                          7/30/12
                                          _____
                                          Date