PROB 12C
(7/93)

Report Date: August 2, 2012

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 3 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tony Lawrence Gust     Case Number: 2:11CR00011-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 6/10/2011

Original Offense:     Mail Theft, 18 U.S.C. § 1708

Original Sentence:    Probation - 36 Months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:  George J. C. Jacobs, III       Date Supervision Commenced: 4/5/2012

Defense Attorney:     Jaime Hawk                     Date Supervision Expires: 10/4/2014

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/20/2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
| | **Supporting Evidence**: On July 20, 2012, a warrant was issued for the arrest of Mr. Gust for his continued use of controlled substances, failing to attend a scheduled STEP session, and failure to participate in substance abuse treatment. On this same date, the U.S. Marshals Service went to arrest the offender at his residence. During the arrest, Tony Gust armed himself with a firearm and as deputies attempted to restrain Mr. Gust, the firearm that was in his possession discharged. |

Prob12C
Re: Gust, Tony Lawrence
August 3, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/03/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

s/ Rosanna Malouf Peterson

Signature of Judicial Officer

08/03/2012

Date